UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL J. GOLDEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO,<br><br>　　　　　Respondent. | No. 2:17-cv-0915 GEB CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve objections to the November 1, 2017 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 18) is granted; and
2. Petitioner shall file and serve his objections on or before December 12, 2017.

Dated: November 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
gold0915.111